

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 11, 2015

No. 04-15-00085-CR

Ricardo O. **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 135229
The Honorable Monica A. Gonzalez, Judge Presiding

## O R D E R

In November 2013, Appellant Ricardo O. Moreno was convicted in San Antonio Municipal Court No. 3 of violation of a municipal ordinance. He appealed his conviction to Bexar County Court at Law No. 13. *See* TEX. GOV'T CODE ANN. § 30.00014 (West Supp. 2014) (appeal from municipal court). On November 18, 2014, the county court dismissed the appeal for lack of jurisdiction. On December 16, 2014, Appellant filed a motion for new trial, and on February 13, 2015, Appellant filed a notice of appeal.

To perfect an appeal, a notice of appeal must be filed within thirty days of the date that the county court entered an appealable order. *See id.* § 30.00027 (authorizing appeal from a county court to a court of appeals under certain conditions); TEX. R. APP. P. 26.2(a)(1) (setting deadline to file a notice of appeal for criminal appeals). A motion for new trial filed after an appeal from a municipal court of record to a county court does not extend the deadline to file the notice of appeal. *Swain v. State*, 319 S.W.3d 878, 880 (Tex. App.—Fort Worth 2010, no pet.) (per curiam).

"If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

We ORDER Appellant to show cause in writing within TWENTY DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.



Keith E. Hottle
Clerk of Court